**Motion Granted; Appeal Dismissed and Memorandum Opinion filed March 27, 2012.**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-11-01009-CV

————————

### ETC NGL TRANSPORT, LLC, Appellant

### V.

### OCCIDENTAL CHEMICAL CORPORATION, OCCIDENTAL ENERGY VENTURES CORPORATION, DCP MIDSTREAM, LP, and DCP SAND HILLS PIPELINE, LLC, Appellees

---

**On Appeal from the County Civil Court at Law No. 3
Harris County, Texas
Trial Court Cause No. 998360**

---

## MEMORANDUM OPINION

This is an interlocutory appeal from two orders granting temporary injunctions signed November 15, 2011. On March 9, 2012, appellant filed a motion to dismiss the appeal because the case has been settled. *See* Tex. R. App. P. 42.1.

The motion is granted. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Hedges and Justices Seymore and Brown.